**The below described is SIGNED.**



**Dated: September 09, 2009**  *William T. Thurman*
_____
**WILLIAM T. THURMAN**
**U.S. Bankruptcy Chief Judge**

_____

*Prepared and submitted by*

CALLISTER NEBEKER & McCULLOUGH
W. JEFFERY FILLMORE (1072)
CAROLYN MONTGOMERY (2297)
J. TAYLER FOX (12092)
Zions Bank Building, Suite 900
10 East South Temple
Salt Lake City, Utah  84133
Telephone:  (801) 530-7300

Attorneys for First Interstate Financial, LLC

_____

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re | )<br>)<br>) |
| BRB-4, a limited liability company, | ) Case No. 09-20524 WTT<br>) |
| Debtor. | ) Chapter 11<br>)<br>) |

**ORDER APPROVING STIPULATION REGARDING MOTION TO VACATE ORDERS PERMITTING EXAMINATIONS UNDER RULE 2004, TO QUASH SUBPOENAS FOR RULE 2004 EXAMINATIONS AND FOR SANCTIONS**

First Interstate Financial, LLC ("First Interstate"), McGillis Investment Company, LLP ("McGillis") and BRB-4, LLC ("Debtor"), by and through their counsel of record, entered into a Stipulation to resolve the issues raised in First Interstate's Motion to Vacate Orders Permitting Examinations under Rule 2004, to Quash Subpoenas for Rule 2004 Examinations and for Sanctions (the "Stipulation") and jointly moved the Court for an Order approving the Stipulation.

527785

**Filed: 09/01/09**

Having considered the Stipulation, the pleadings on file, being fully advised in the premises, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved in its entirety;

2. The Orders Permitting Examination are vacated and the Subpoenas issued pursuant thereto are quashed.

3. Debtor shall notify each of the Examinees they need not respond to the requests for production of documents nor attend a Rule 2004 examination.

4. Debtor shall provide to First Interstate and McGillis copies of all documents that have been produced by any of the Examinees pursuant to the Orders Permitting Examination and the Subpoenas.

5. Debtor shall not engage in discovery related to the Adversary Proceeding, either through Rule 2004 or within the context of the pending Adversary Proceeding, unless the agreements with First Interstate and McGillis have been terminated pursuant to the terms of the agreements and the Order Concerning Motion to Dismiss, or, unless the Court enters an Order specifically authorizing Debtor to conduct discovery.

6. Notwithstanding the entry of this Order, Debtor may conduct the Rule 2004 examination of D. Gregory Hales, currently scheduled for August 26, 2009 at 9:00 a.m.

*** End of Order ***

527785